IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EARL FORRESTER                                                                            PLAINTIFF

v.                                    Case No. 4:16-cv-4101

LAFAYETTE COUNTY, ARKANSAS                                                DEFENDANT

## ORDER

Before the Court is a Joint Motion to Dismiss. ECF No. 48. The parties move the Court to dismiss this case pursuant to the terms of the settlement agreement between the parties. Upon consideration, the Court finds that the motion should be and hereby is **DENIED AS MOOT**. The Court entered a judgment in this case on November 2, 2018, stating that the case was dismissed pursuant to the terms of the parties' settlement agreement.

**IT IS SO ORDERED**, this 7th day of March, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge